```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANGEL L. RIVERA              :

                              :

    v.                    NO.  11-CV-402

                              :

NCO FINANCIAL SYSTEMS, INC.

                              :


## JUDGMENT

BEFORE RUFE, J.

      AND NOW, to wit, this 30th day of March, 2011, It is ORDERED that in accordance with the Acceptance of Offer and enty of Judgment filed by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendant in the sum of $1,000.00 together with reasonable costs and attorney fees accrued.

                              BY THE COURT:


                              ATTEST:


                              _____
                              Deputy Clerk

judg